In the Matter of Cora M. McKitterick, an Incompetent Person. Mary V. A. Leavitt, Appellant; Herman E. Riddell, as Committee of the Person of Cora M. McKitterick, et al., Respondents.

Submitted October 3, 1955; decided October 13, 1955.

Motion for leave to appeal denied, with $10. costs and necessary printing disbursements.

Motion to dismiss appeal taken as of right granted and appeal dismissed, with costs and $10 costs of motion upon the ground that no substantial constitutional question is presented.

In the Matter of the Arbitration between Republique Francaise, Respondent, and Cellosilk Manufacturing Company et al., Appellants.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 269.]